# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Violation of Probation

**Name of Offender:**   JUAN D. LUNA               **Docket Number:**   1:15MJ00038 SAB

**Name of Judicial Officer**:   United States Magistrate Judge Stanley A. Boone

**Date of Original Sentence:**   6/18/2015

**Original Offense:** 36 C.F.R. 4.2, Operating a Motor Vehicle With a Suspended License

**Original Sentence:**  24 months unsupervised probation, $10 special assessment, $1,200 fine

**Special Conditions:**     1) The defendant's probation shall be unsupervised by the probation office; 2) The defendant shall obey all federal, state and local laws; 3) The defendant shall notify the court and, if represented by counsel, counsel of any change of address and contact number; 4)  The defendant shall pay a fine of $1,200 and a special assessment of $10 for a total obligation of $1,210, which shall be paid at a rate of $75 per month commencing on July 15, 2015; 5) The defendant is ordered to appear for a Review Hearing that has been set on April 7, 2016, at 10:00 am before Magistrate Judge Stanley A. Boone. A status hearing regarding the defendant's performance on probation shall be filed two weeks before the Review Hearing; 6) The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay the fine.

**Type of Supervision:**    Unsupervised by Probation Office

**Date Supervision Commenced:**    6/18/2015

**Other Court Actions: None**

| Charge Number | Nature of Violation |
|---|---|
| 1. | The defendant has failed to make any payments towards his court ordered fine or special assessment. |

RE: JUAN D. LUNA                                    Docket Number: 1:15MJ00038 SAB

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**   **April 5, 2016**
                   **Fresno, California**

Respectfully submitted,
**/s/ Tim D. Mechem**

**DATED:**   4/5/2016

**TIM  MECHEM**
**Supervising United States Probation Officer**
Telephone: 559-499-5731

Reviewed by,
**/s/ Brian J. Bedrosian**

**Brian Bedrosian**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☐   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken

☐   Submit a Request for Modifying the Condition or Term of Supervision

☐   Submit a request for Warrant or Summons

X   Other   Defendant was ordered to appear on April 7, 2016 at 10:00 before the Court.

IT IS SO ORDERED.

Dated:   **April 6, 2016**

UNITED STATES MAGISTRATE JUDGE

RE: JUAN D. LUNA                                            **Docket Number:** 1:15MJ00038 SAB

CC:
United States Probation
Assistant United States Attorney
Defense Counsel