# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Violation of Probation

**Name of Offender:**   JUAN D. LUNA                **Docket Number:**   1:15MJ00038 SAB

**Name of Judicial Officer**:   United States Magistrate Judge Stanley A. Boone

**Date of Original Sentence:**   6/18/2015

**Original Offense:** 36 C.F.R. 4.2, Operating a Motor Vehicle With a Suspended License

**Original Sentence:**  24 months unsupervised probation, $10 special assessment, $1,200 fine

**Special Conditions:**     1) The defendant's probation shall be unsupervised by the probation office; 2) The defendant shall obey all federal, state and local laws; 3) The defendant shall notify the court and, if represented by counsel, counsel of any change of address and contact number; 4)  The defendant shall pay a fine of $1,200 and a special assessment of $10 for a total obligation of $1,210, which shall be paid at a rate of $75 per month commencing on July 15, 2015; 5) The defendant is ordered to appear for a Review Hearing that has been set on April 7, 2016, at 10:00 a.m. before Magistrate Judge Stanley A. Boone. A status hearing regarding the defendant's performance on probation shall be filed two weeks before the Review Hearing; 6) The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay the fine.

**Type of Supervision:**     Unsupervised by Probation Office

**Date Supervision Commenced:**    6/18/2015

**Other Court Actions:**

**4/17/16:** At a review hearing on this date, the defendant was found in violation of his conditions of supervision in that he had failed to make payments towards his court ordered fine or special assessment. The defendant's term of supervision was extended 12 months and he was ordered to complete 100 hours of community service by October 7, 2016. A further review hearing was also set for November 3, 2016. Defendant was ordered to file a status report two weeks prior to the review hearing.

**Charge Number**          **Nature of Violation**

1. The defendant has failed to complete any community service hours.
2. Failure to file a status report as ordered by the court.

RE: JUAN D. LUNA                                    Docket Number: 1:15MJ00038 SAB

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**   **November 10, 2016**
                   **Fresno, California**

Respectfully submitted,
**/s/ Tim Mechem**

**TIM  MECHEM**
**Supervising United States Probation Officer**
Telephone: 559-499-5731

**DATED:**   11/10/2016

Reviewed by,
**/s/ Brian Bedrosian**

**Brian Bedrosian**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☐   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken

☐   Submit a Request for Modifying the Condition or Term of Supervision

☐   Submit a request for Warrant or Summons

X   Other- warrant issued but held in abeyance until defendant's initial appearance on the petition on November 17, 2016 at 10:00 am.  Defendant is ordered to appear at that date and time.

IT IS SO ORDERED.

Dated:   **November 14, 2016**

UNITED STATES MAGISTRATE JUDGE